| | |
|---|---|
| JAMES A. GONIEA (State Bar No. 170849)<br>Wiggin and Dana LLP<br>Two Liberty Place<br>50 S. 16th Street, Suite 2925<br>Philadelphia, PA 19102<br>Telephone: (215) 988-8317<br>jgoniea@wiggin.com<br><br>Attorney for Defendant | |

1
2
3
4
5
6
7

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYANNA NOBLES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DOCTOR'S ASSOCIATES INC.,<br><br>Defendant. | NO. 3:13-CV-1767-MEJ<br><br>STIPULATION PURSUANT TO CIVIL LOCAL RULE 6-2 FOR EXTENSION OF TIME TO ANSWER COMPLAINT; DECLARATION OF JAMES GONIEA IN SUPPORT OF SAME |

## STIPULATED REQUEST FOR ORDER CHANGING TIME

Pursuant to Local Rule 6-2 of the Local Rules for the Northern District of California, defendant Doctor's Associates Inc. ("DAI"), and Plaintiff Ayanna Nobles, individually and on behalf of others similarly situated, jointly request that the Court extend all deadlines, including the date by which DAI must respond to Plaintiff's Complaint, by 60 days. This case is one of eight currently pending cases that arise from the length of Footlong sandwiches. DAI has petitioned the Judicial Panel on Multidistrict Litigation ("JPML") for consolidation, and notified the JPML of this action as a related case. *See* MDL No. 2439. It is likely that the JPML will rule on DAI's Motion for Coordination and Consolidation within a month of the hearing date for the motion, May 30, 2013. In light of this, the parties jointly request that the Court extend all deadlines in this case by 60 days,[1] such that DAI shall have until August 16, 2013 to respond to the Complaint.

Respectfully submitted,

Dated: May 15, 2013      By:    /s/ James Goniea

                                    James Goniea (State Bar No. 170849)
                                    Attorney for Defendant

Respectfully submitted,

Dated: May 15, 2013      By:   /s/ Reginald Terrell (with permission)

                                    Reginald Terrell
                                    Attorney for Plaintiff

---

[1] This includes the dates set forth in the Court's 4/18/13 Order Setting Initial Case Management Conference and ADR Deadlines.

-2-
No. 2:13-CV-00143-MCE-KJN    Defendant's Notice of Motion and Unopposed Motion For Extension of Time to Respond to Plaintiff's Class Action Complaint

Case 2:13-cv-00716-LA    Filed 05/15/13    Page 2 of 3    Document 5

The Court finds that the Stipulated Request for an Order Changing Time is well taken and should be GRANTED.

**IT IS SO ORDERED.**

Honorable Maria-Elena James

Date: May 15, 2013          By: 

-3-
No. 2:13-CV-00143-MCE-KJN     Defendant's Notice of Motion and Unopposed Motion For Extension of Time to Respond to Plaintiff's Class Action Complaint

Case 2:13-cv-00716-LA   Filed 05/15/13   Page 3 of 3   Document 5